UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chaohua Yang,<br><br>       Plaintiff,<br><br>  -against-<br><br>Merrick B. Garland et al.,<br><br>       Defendants. | 23-CV-6102 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  In response to a joint request by the parties, the Court on October 20, 2023 ordered a stay of all deadlines pending decision on the class certification motion in *Guervara Enriquez v. USCIS*, No. 2:23-cv-00097 (W.D. Wash.). Dkt. 19. The Court directed the parties to submit a letter within 14 days of any order on the class certification motion, *id.*, and no update has been provided.

  The Court observes that *Guervara Enriquez* was voluntarily dismissed and closed on November 1, 2024. By **January 15, 2025**, the parties must submit a letter to the Court reporting on the current status of the case. This letter should include an explanation of why the Court was not informed of the voluntary dismissal in *Guervara Enriquez*.

  SO ORDERED.

Dated: January 10, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge